# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK ORTHA BOLDEN,<br><br>    Respondents. | **2:09-cr-429-RLH-LRL**<br><br>**ORDER** |

      On July 1, 2010, Defendant **Jack Ortha Bolden** appeared before this Court regarding violation(s) of conditions of his supervised release. Pursuant to the recommendation of counsel and Probation, Defendant Bolden's conditions of release were modified as follows:

      IT IS HEREBY ORDERED **Jack Ortha Bolden** shall reside in the halfway house for a period of up to **six (6) months** and participate in an outpatient drug treatment program, as approved and directed by the Probation officer. IT IS FURTHER ORDERED Defendant shall also abide by all previously imposed conditions of release.

DATED: July 22, 2010

                                                                               ROGER L. HUNT<br>
                                                               Chief Ljust United States District Judge